1  Paul D. O'Haire
   Napa State Hospital
2  2100 Napa-Vallejo Hwy., T-15
   Napa, CA  94558  (707) 252-9988
3
4  Plaintiff, pro per

ADR Filed

APR 1 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Civil Action

**C08 01917**

HRL

| | |
|---|---|
| PAUL D. O'HAIRE, | Civil Action No. C07-00002 (RMW) (PR) |
| Plaintiff, | |
| v. | |
| | NOTICE OF RELAETD CASE |
| NAPA STATE HOSPITAL, et al., | |
| Defendants. | |

In compliance with Civil Local Rule 3-13(a)(b), Plaintiff hereby places each defendant on Notice as to the existence of a Related Case, as set forth below:

In substance the instant Action, assigned to The Honorable Ronald M. Whyte, Judge, constitutes a broad conditions challenge in care and treatment of the disabled at Defendant NSH. The Related Case, *O'Haire v. Napa State Hospital*, No. _____, itself, constitutes continued challenge to infirm conditions, and is brought in Dual Complaint form, seeking preliminary, and permanent injunctive relief, in form of a temporary restraining order (TRO), to advance hearing, and consolidate with trial on the merits, pursuant to Rule 65(2), Federal Rules of Civil Procedure, coupled with complaint seeking measured damages.

## CERTIFICATE OF SERVICE

I, Paul D. O'Haire, am Plaintiff, pro se, in the above captioned matter, and certify that on this date _____, 2008, a true copy of the foregoing Notice of Related Case, was mailed as follows: Susan J. King, Deputy Attorney General, 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102, representing Defendants Graziani, Oncea, Weakley, Thomas, and Licensing, with first class postage affixed; and to James T. Anwyl, and Lynn A. Garcia, 2180 Harvard Street, Suite 200, Sacramento, CA 95815, representing Defendants Susan Kessler, Patients' Rights Advocate, and Protection & Advocacy, Inc., with first class postage affixed; and to Napa State Hospital, and Reggie Ott, Director, Central Program Services, as currently un-represented parties, by Institutional Mail. Copy of this Notice was unable to be sent to Defendants Mohinder Kaur, M.D., and Majid Yasaie, Ph.D., who are no longer employed by Defendant NSH / Calif. Dept. of Mental Health, and are therefore unavailable for service.

So sworn under penalty of perjury.

Date: 4-7-08

Paul D. O'Haire, Plaintiff, pro se

///