UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Paul D O'Haire,<br><br>    Plaintiff,<br><br>  v.<br><br>Napa State Hospital,<br><br>    Defendant.<br>_____ / | No. C08-01917<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge, or one or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

      PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for July 29, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: April 11, 2008

RICHARD W. WIEKING,
United States District Court

    */s/ Patty Cromwell*
By: Patty Cromwell
Courtroom Deputy Clerk to
Magistrate Judge Howard R. Lloyd

1
2  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:
3
4  Paul D O'Haire
   203379-2
5  Napa State Hospital
   2100 Napa Vallejo Hwy
6  Unit T-15
   Napa, CA 94558
7

2