Paul D. O'Haire
Napa State Hospital
2100 Napa-Vallejo Hwy., T-15
Napa, CA 94558  (707) 252-9988

Plaintiff, pro se

**FILED**

MAY 3 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL D. O'HAIRE,<br><br>   Plaintiff,<br><br>v.<br><br>NAPA STATE HOSPITAL,<br><br>   Defendant. | Civil Action No. 08-01917 (RMW) (PR)<br><br>**REQUEST FOR COURT ORDERED SCREENING OF THE COMPLAINT, TO ADVANCE ACTION, AND FOR ISSUANCE OF SUMMONS.** |

COMES NOW the Plaintiff, pro per, and requests Court Screening of the Complaint, and to advance Screening, and for issuance of summons for Defendant Napa State Hospital, based on those reasons set forth below:

1. On April 21, 2008, Plaintiff initiated Service of the Complaint, and related papers, inclusive of a request for waiver of summons. Defendant Napa State Hospital, by its silence, has refused informal service, and waiver of summons, despite the clearly established Duty of all parties to act in good-faith.[1]

---

[1] Defendant Napa State Hospital, a State-component, has established a pattern of declining to accept informal service, and waiver of summons, as further demonstrated in matter of *O'Haire v. Napa State Hospital*, et al., C07-00002 (RMW) (PR), which also triggered Court Screening of that Complaint, thereby unnecessarily, and unreasonably delaying this Action, which conduct repeats itself in matter of the this Action.

Request/Screen/Advance/Summons          -1-

2. Insofar as Plaintiff's status, that of a custodial forensic patient, is "prisoner status," for purpose of these proceedings, any move for issuance of a summons necessarily triggers Court Ordered Screening of the Complaint, pursuant to 28 U.S.C. § 1915A(a).

WHEREFORE, Plaintiff, pro se, requests that the Court grant the prayed relief, upon good cause shown, together with such other relief, as this Court deems just and proper in the interests of justice.

Respectfully submitted,

Date: 5-27-08

Paul D. O'Haire
Plaintiff, pro se

Napa State Hospital
2100 Napa-Vallejo Hwy., T-15
Napa, CA  94558  ( 707 ) 252-9988

////

**CERTIFICATE OF SERVICE**

I, Paul D. O'Haire, am Plaintiff, pro se, in the above-captioned matter, and I certify that on this date a true copy of the foregoing was sent by Institutional Mail, at the Nurse's Station on T-15, addressedto: Napa State Hospital, Attn: Ed Foulk, E.D.

So sworn under penalty of perjury.

Date: 5-27-08

Paul D. O'Haire

Request/Screen/Advance/Summons         -2-

___

Napa State Hospital, Attn: Ed Foulk, Executive Dir.

___

Tuesday, May 27, 2008

RE: *O'HAIRE v. NAPA STATE HOSPITAL*, CA No. C08-01917 (RMW)
U.S. District Court, San Jose Div.

Insofar as you have refused informal service and waiver of summons, attached is copy of a motion for Court Ordered Screening of the Complaint, and issuance of Summons.

I appreciate your attention in this matter.

Sincerely,

Paul D. O'Haire
NSH, T-15

C: file

Tuesday, May 27, 2008



United States District Court
280 South First Street
San Jose, CA 95113


RE: *O'Haire v. Napa State Hospital*, CA No. 08-01917 (RMW)

Dear Judge Whyte:

Insofar as Napa State Hospital has refused informal service, and waiver of summons, in the above matter, please find attached a Request to initiate Court Ordered Screening of the Complaint, and issuance of summons.

I appreciate your time, and assistance in this matter.



Respectfully submitted,

*/s/ Paul D. O'Haire*

Paul D. O'Haire
Plaintiff, pro se


Napa State Hospital
2100 Napa-Vallejo Hwy., T-15
Napa, CA 94558  (707) 252-9988

Enclosure
C: Napa State Hospital, Attn: Ed Foulk, Executive Dir.
   file

David O'Hara
Aka SHU Legend
200 Napa-Vallejo Hwy, #T-5
Napa, CA 94558

OAKLAND CA 946
28 MAY 2008 PM 6 T

The Honorable Ronald M. Whyte, Judge
United States District Court
280 South First Street
San Jose, CA 95113

95113+3002