***E-FILED - 7/11/08***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL D. O'HAIRE, | ) | No. C 08-1917 RMW (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| NAPA STATE HOSPITAL, | ) | |
| | ) | |
| Defendant. | ) | |

The court has dismissed the instant civil rights complaint for failure to state a cognizable claim for relief under 42 U.S.C. § 1983. A judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED:  7/7/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\SJ.Rmw\CR.08\OHaire917jud.wpd        1