Monday, July 21, 2008

**FILED**

JUL 23 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

The Honorable Ronald M. Whyte
U.S. District Court
280 South First Street
San Jose, CA 95113

RE: O'Haire v. Napa State Hospital
    C08-1917 RMW (PR)

Dear Judge Whyte:

I am in reciept of the Court's Order of Dismissal in the above matter.

Please read a 1 sentence **Motion to Reconsider**:

It is a legal impossibility to grant Napa State Hospital, immunity under the 11th Amendment when sued under the Americans With Disabilities Act.

Respectfully,

Paul D. O'Haire

12

NAPA STATE HOSPITAL, 2100 NAPA-VALLEJO Hwy., #T-15
NAPA, CA 94558  (707) 252-9986



Paul O'Hara
Napa State Hospital
2100 Napa-Vallejo Hwy #T-15
Napa, CA 94558

The Honorable Ronald M. Whyte, Judge
United States District Court
280 South First Street
San Jose, CA 95113

